No. 80–6240. COBB v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 80–6301. JOHN v. ATTORNEY GENERAL OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. 

No. 80–6314. WRIGHT, AKA THOMPSON v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 80–6319. KRAIMER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. 

No. 80–6320. JACKSON v. HOWARD, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6325. CHAVEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6326. SMITH v. FAIRMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 80–6327. PIERCE ET AL. v. YOCHUM ET AL. Sup. Ct. Ind. Certiorari denied.

No. 80–6330. SEGARRA v. SEA-LAND SERVICE OF PUERTO RICO, INC., ET AL. C. A. 1st Cir. Certiorari denied. 

No. 80–6331. CUNDRIFF v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 80–6333. KOLINSKY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. 

No. 80–6335. TURNER v. MOORE, SHERIFF, ET AL. C. A. 10th Cir. Certiorari denied.